Andrew M. Altschul, WSB No. 32025
BUCHANAN ANGELI ALTSCHUL &
SULLIVAN LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503.974.5015
Facsimile: 971.230.0337
E-mail: *Andrew@baaslaw.com*

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **REBECCA MOODY**, <br><br> Plaintiff, <br><br> v. <br><br> **STANDARD INSURANCE COMPANY,** a foreign corporation doing business in the state of Washington, <br><br> Defendants. | CV-13-197-LRS <br><br> **ORDER GRANTING STIPULATED DISMISSAL** |

IT IS SO ORDERED:

The Stipulated Dismissal is GRANTED. The above-referenced action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 20th day of September, 2013.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

- 1 -

**ORDER GRANTING STIPULATED DISMISSAL**